# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SULIK, ADAM § Case No. 12-41015 JSB
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/16/2012 . The undersigned trustee was appointed on 10/16/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $    29,866.58

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 0.00 |
| Bank service fees | 62.99 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]         $    29,803.59

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/08/2016 and the deadline for filing governmental claims was 01/08/2016 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 3,736.66 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 3,736.66 , for a total compensation of $ 3,736.66 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/13/2017     By: /s/GINA B. KROL
                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 12-41015 JSB Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | SULIK, ADAM | Date Filed (f) or Converted (c): | 10/16/12 (f) |
| | | 341(a) Meeting Date: | 11/15/12 |
| For Period Ending: | 09/11/17 | Claims Bar Date: | 01/08/16 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 168 Circle Ridge Drive, Burr Ridge, IL 60527 | 640,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account #0008 | 300.00 | 0.00 | | 0.00 | FA |
| 4. Checking Account #7122 | 75.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods | 1,200.00 | 0.00 | | 0.00 | FA |
| 6. Personal Computer - 10-12 years old | 250.00 | 0.00 | | 0.00 | FA |
| 7. Personal Computer 6-7 years old | 300.00 | 0.00 | | 0.00 | FA |
| 8. Home Entertainment Center | 800.00 | 0.00 | | 0.00 | FA |
| 9. CLOTHES | 300.00 | 0.00 | | 0.00 | FA |
| 10. WEDDING RINGS | 200.00 | 0.00 | | 0.00 | FA |
| 11. Watch | 300.00 | 0.00 | | 0.00 | FA |
| 12. 100% Stock AMW Trading | Unknown | 0.00 | | 0.00 | FA |
| 13. 100% Stock AMW Environmental Services | Unknown | 0.00 | | 0.00 | FA |
| AMW Environmental is in a chapter 7. It may be a surplus case but amount is not known. | | | | | |
| 14. Potential malpractice claim against Schoen Mangan | Unknown | 0.00 | | 0.00 | FA |
| 15. Potential claim for damages against Berenz | Unknown | 0.00 | | 0.00 | FA |
| 16. Potential claim for damages against Wiley Steward | Unknown | 0.00 | | 0.00 | FA |
| 17. 2011 Jeep Wrangler | 22,000.00 | 0.00 | | 0.00 | FA |
| 18. Loan to insider corporation AMW Environmental (u) | Unknown | 200,000.00 | | 29,866.58 | FA |
| 19. Stock of AMWS Environmental Services | Unknown | 0.00 | | 0.00 | FA |
| 20. Time Share in Carribbean Village Playacar | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $665,825.00 | $200,000.00 | | $29,866.58 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 12-41015    JSB    Judge: JANET S. BAER | Trustee Name: GINA B. KROL |
| Case Name: | SULIK, ADAM | Date Filed (f) or Converted (c): 10/16/12 (f) |
| | | 341(a) Meeting Date: 11/15/12 |
| | | Claims Bar Date: 01/08/16 |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Awaiting distribution from chapter 7 corporate estate June 28, 2017, 01:43 pm

Litigation settled; asset consists of claim against a related corporate chapter 7 case; Brenda Helms is the Trustee;
awaiting distribution; claim review; TFR to follow October 12, 2016, 02:38 pm

Trustee moved to reopen the case to administer an undisclosed loan that the debtor was owed by AMW Environmental which
is a related entity in its own Chapter 7 proceeding.
October 07, 2015, 04:12 pm

Initial Projected Date of Final Report (TFR): 12/31/16        Current Projected Date of Final Report (TFR): 12/31/17

           /s/    GINA B. KROL
_____ Date: 09/11/17
           GINA B. KROL

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

Page: 1

| Case No: | 12-41015 -JSB | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | SULIK, ADAM | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******8069 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******3844 | | | |
| For Period Ending: | 09/13/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/19/17 | 18 | Brenda Porter Helms<br>3400 W. Lawrence Ave.<br>Chicago, IL 60625 | | 1129-000 | 29,866.58 | | 29,866.58 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.62 | 29,847.96 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.37 | 29,803.59 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 29,866.58 | 62.99 | 29,803.59 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 29,866.58 | 62.99 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 29,866.58 | 62.99 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - ********8069) | 29,866.58 | 62.99 | 29,803.59 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 29,866.58 | 62.99 | 29,803.59 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals      29,866.58      62.99

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: September 11, 2017 |
|---|---|---|---|---|---|---|
| Case Number: | 12-41015 | Priority Sequence | | | | |
| Debtor Name: | SULIK, ADAM | | | Joint Debtor: | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $20,968.50 | $20,968.50 |
| 001<br>3120-00 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $97.61 | $97.61 |
| 001<br>2100-00 | Gina B. Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $3,736.66 | $3,736.66 |
| 001<br>2700-00 | Clerk of US Bankruptcy Court<br>219 S. Dearborn Street<br>7th Floor<br>Chicago, IL 60604 | Administrative | | $0.00 | $260.00 | $260.00 |
| 000001<br>070<br>7100-00 | Bank of America<br>Attn: Vetiero Simmons<br>NC1-001-07-06<br>101 N Tryon St<br>Charlotte, NC 28255 | Unsecured | | $0.00 | $21,125.60 | $21,125.60 |
| 000002<br>070<br>7100-00 | RES Environmental Services, Inc.<br>Gregory E Kulis & Associates, Ltd.<br>30 N Lasalle St<br>Suite 2140<br>Chicago, IL 60602 | Unsecured | Claim amended on 9/6/17 as Claim #4.  Trustee will pay Claim #4 | $0.00 | $500,000.00 | $500,000.00 |
| 000003<br>070<br>7100-00 | RES Quality Services, Inc.<br>Gregory E Kulis & Associates, Ltd.<br>30 N Lasalle St<br>Suite 2140<br>Chicago, IL 60603 | Unsecured | Claim amended on 9/6/17 as Claim #5.  Trustee will pay Claim #5 | $0.00 | $500,000.00 | $500,000.00 |
| 4<br>070<br>7100-00 | RES Environmental Services, Inc.<br>Gregory E Kulis & Associates, Ltd.<br>30 N Lasalle St<br>Suite 2140<br>Chicago, IL 60602 | Unsecured | | $0.00 | $269,575.00 | $269,575.00 |
| 5<br>070<br>7100-00 | RES Quality Services, Inc.<br>Gregory E Kulis & Associates, Ltd.<br>30 N Lasalle St<br>Suite 2140<br>Chicago, IL 60603 | Unsecured | | $0.00 | $269,575.00 | $269,575.00 |
| | Case Totals: | | | $0.00 | $1,585,338.37 | $1,585,338.37 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-41015 JSB
Case Name: SULIK, ADAM
Trustee Name: GINA B. KROL

Balance on hand $ 29,803.59

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 3,736.66 | $ 0.00 | $ 3,736.66 |
| Attorney for Trustee Fees: Cohen & Krol | $ 20,968.50 | $ 0.00 | $ 20,968.50 |
| Charges: Clerk of US Bankruptcy Court | $ 260.00 | $ 0.00 | $ 260.00 |
| Other: Cohen & Krol | $ 97.61 | $ 0.00 | $ 97.61 |

Total to be paid for chapter 7 administrative expenses $ 25,062.77

Remaining Balance $ 4,740.82

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 560,275.60 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Bank of America<br>Attn: Vetiero Simmons<br>NC1-001-07-06<br>101 N Tryon St<br>Charlotte, NC 28255 | $ 21,125.60 | $ 0.00 | $ 178.76 |
| 4 | RES Environmental Services, Inc.<br>Gregory E Kulis & Associates, Ltd.<br>30 N Lasalle St<br>Suite 2140<br>Chicago, IL 60602 | $ 269,575.00 | $ 0.00 | $ 2,281.03 |
| 5 | RES Quality Services, Inc.<br>Gregory E Kulis & Associates, Ltd.<br>30 N Lasalle St<br>Suite 2140<br>Chicago, IL 60603 | $ 269,575.00 | $ 0.00 | $ 2,281.03 |

Total to be paid to timely general unsecured creditors   $ 4,740.82

Remaining Balance   $ 0.00

   Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

   Tardily filed general (unsecured) claims are as follows:

NONE

   Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

   Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE