IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **ADAM SULIK,** | ) | No. 12 B 41015 |
| | ) | |
| Debtor(s). | ) | |

## PROOF OF SERVICE

TO:   See Attached

I, GINA B. KROL, state that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, were sent on September 18, 2017, by First Class U.S. Mail to the persons shown on the attached service list.

GINA B. KROL
COHEN & KROL
105 W. Madison, Ste 1100
Chicago, IL   60602
312-368-0300                                    BY:/s/ Gina B. Krol
                                                                  Ch 7 Bankruptcy Trustee

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 12-41015<br>Northern District of Illinois<br>Chicago<br>Mon Sep 18 14:46:50 CDT 2017 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Bank of America<br>Attn: Vetiero Simmons<br>NC1-001-07-06<br>101 N Tryon St<br>Charlotte, NC 28246-0100 |
| Bank of America<br>PO Box 5170<br>Simi Valley, CA 93062-5170 | DuPage County Collector<br>421 N. County Farm Road<br>Wheaton, IL 60187-3992 | Halina Sulik<br>158 Circle Ridge Drive<br>Burr Ridge, IL 60527-8379 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Philip J. Berens<br>134 N. LaSalle St., #1515<br>Chicago, IL 60602-1167 | RES Environmental Services, Inc.<br>Gregory E Kulis & Associates, Ltd.<br>30 N Lasalle St<br>Suite 2140<br>Chicago, IL 60602-3368 |
| RES Quality Services, Inc.<br>Gregory E Kulis & Associates, Ltd.<br>30 N Lasalle St<br>Suite 2140<br>Chicago, IL 60602-3368 | Robert A. Langedorf, P.C.<br>134 N. LaSalle St., #1515<br>Chicago, IL 60602-1167 | Wiley Stewart<br>9216 Broadway Ave.<br>Brookfield, IL 60513-1391 |
| Adam Sulik<br>158 Circle Ridge Dr.<br>Willowbrook, IL 60527-8379 | Dean W Farley<br>Riordan Fulkerson Hupert & Coleman<br>30 North Lasalle Street Ste 2630<br>Chicago, Il 60602-3358 | Gina B Krol<br>Cohen & Krol<br>105 West Madison St Ste 1100<br>Chicago, IL 60602-4600 |
| Jeffrey D Hupert<br>Riordan, Fulkerson, Smith & Coleman<br>30 North LaSalle Street<br>Suite 2630<br>Chicago, IL 60602-3358 | Joseph E Cohen<br>Cohen & Krol<br>105 West Madison Suite 1100<br>Chicago, IL 60602-4600 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Scott R Clar<br>Crane Heyman Simon Welch & Clar<br>135 S Lasalle Suite 3705<br>Chicago, IL 60603-4101 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn
Chicago, IL 60604

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)BANK OF AMERICA, N.A. | (u)RES Environmental Services, Inc. | (u)RES Quality Services, Inc. |
| (du)Bank of America, N.A. | (u)Philip Groben | |

```
                                                              End of Label Matrix
                                                              Mailable recipients    18
                                                              Bypassed recipients     5
                                                              Total                  23
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SULIK, ADAM § Case No. 12-41015 JSB
§
Debtor §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
JEFFREY P. ALLSTEADT
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 10 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 10/20/2017 in Courtroom 240,
Kane County Courthouse
100 S. Third Street
Geneva, IL

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/13/2017           By: Gina B. Krol
                                              Trustee


*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SULIK, ADAM § Case No. 12-41015 JSB
§
Debtor §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 29,866.58 |
| and approved disbursements of | $ | 62.99 |
| leaving a balance on hand of[1] | $ | 29,803.59 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: GINA B. KROL | $ 3,736.66 | $ 0.00 | $ 3,736.66 |
| Attorney for Trustee Fees: Cohen & Krol | $ 20,968.50 | $ 0.00 | $ 20,968.50 |
| Charges: Clerk of US Bankruptcy Court | $ 260.00 | $ 0.00 | $ 260.00 |
| Other: Cohen & Krol | $ 97.61 | $ 0.00 | $ 97.61 |

Total to be paid for chapter 7 administrative expenses     $       25,062.77
Remaining Balance                                          $        4,740.82

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 560,275.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Bank of America<br>Attn: Vetiero Simmons<br>NC1-001-07-06<br>101 N Tryon St<br>Charlotte, NC 28255 | $ 21,125.60 | $ 0.00 | $ 178.76 |
| 4 | RES Environmental Services, Inc.<br>Gregory E Kulis & Associates, Ltd.<br>30 N Lasalle St<br>Suite 2140<br>Chicago, IL 60602 | $ 269,575.00 | $ 0.00 | $ 2,281.03 |
| 5 | RES Quality Services, Inc.<br>Gregory E Kulis & Associates, Ltd.<br>30 N Lasalle St<br>Suite 2140<br>Chicago, IL 60603 | $ 269,575.00 | $ 0.00 | $ 2,281.03 |
| | Total to be paid to timely general unsecured creditors | | | $ 4,740.82 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.