# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                  §
                                        §
SULIK, ADAM                             §        Case No. 12-41015 JSB
                                        §
            Debtor                      §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 644,600.00          Assets Exempt: 21,225.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  4,740.82      Claims Discharged
                                                 Without Payment:  1,555,534.78

Total Expenses of Administration:  25,125.76

3) Total gross receipts of $ 29,866.58  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 29,866.58  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 25,125.76 | 25,125.76 | 25,125.76 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 1,560,275.60 | 1,560,275.60 | 4,740.82 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 1,585,401.36 | $ 1,585,401.36 | $ 29,866.58 |

4)  This case was originally filed under chapter 7 on  10/16/2012 .  The case was pending for 63 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  12/28/2017                 By:/s/GINA B. KROL

                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Loan to insider corporation AMW Environmental | 1129-000 | 29,866.58 |
| TOTAL GROSS RECEIPTS | | $ 29,866.58 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | 2100-000 | NA | 3,736.66 | 3,736.66 | 3,736.66 |
| ASSOCIATED BANK | 2600-000 | NA | 62.99 | 62.99 | 62.99 |
| CLERK OF US BANKRUPTCY COURT | 2700-000 | NA | 260.00 | 260.00 | 260.00 |
| COHEN & KROL | 3110-000 | NA | 13,979.00 | 13,979.00 | 13,979.00 |
| GINA B. KROL | 3110-000 | NA | 6,989.50 | 6,989.50 | 6,989.50 |
| COHEN & KROL | 3120-000 | NA | 97.61 | 97.61 | 97.61 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 25,125.76 | $ 25,125.76 | $ 25,125.76 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | BANK OF AMERICA | 7100-900 | NA | 21,125.60 | 21,125.60 | 178.76 |
| 000002 | RES ENVIRONMENTAL SERVICES, INC. | 7100-900 | NA | 500,000.00 | 500,000.00 | 0.00 |
| 4 | RES ENVIRONMENTAL SERVICES, INC. | 7100-900 | NA | 269,575.00 | 269,575.00 | 2,281.03 |
| 000003 | RES QUALITY SERVICES, INC. | 7100-900 | NA | 500,000.00 | 500,000.00 | 0.00 |
| 5 | RES QUALITY SERVICES, INC. | 7100-900 | NA | 269,575.00 | 269,575.00 | 2,281.03 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 1,560,275.60 | $ 1,560,275.60 | $ 4,740.82 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   1

Exhibit 8

| Case No: | 12-41015 | JSB | Judge: JANET S. BAER | | | |
|---|---|---|---|---|---|---|

Case Name:   SULIK, ADAM

For Period Ending:  12/28/17

Trustee Name:   GINA B. KROL
Date Filed (f) or Converted (c):   10/16/12 (f)
341(a) Meeting Date:   11/15/12
Claims Bar Date:   01/08/16

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. | 168 Circle Ridge Drive, Burr Ridge, IL 60527 | 640,000.00 | 0.00 | | 0.00 | FA |
| 2. | Cash | 100.00 | 0.00 | | 0.00 | FA |
| 3. | Checking Account #0008 | 300.00 | 0.00 | | 0.00 | FA |
| 4. | Checking Account #7122 | 75.00 | 0.00 | | 0.00 | FA |
| 5. | Household Goods | 1,200.00 | 0.00 | | 0.00 | FA |
| 6. | Personal Computer - 10-12 years old | 250.00 | 0.00 | | 0.00 | FA |
| 7. | Personal Computer 6-7 years old | 300.00 | 0.00 | | 0.00 | FA |
| 8. | Home Entertainment Center | 800.00 | 0.00 | | 0.00 | FA |
| 9. | CLOTHES | 300.00 | 0.00 | | 0.00 | FA |
| 10. | WEDDING RINGS | 200.00 | 0.00 | | 0.00 | FA |
| 11. | Watch | 300.00 | 0.00 | | 0.00 | FA |
| 12. | 100% Stock AMW Trading | Unknown | 0.00 | | 0.00 | FA |
| 13. | 100% Stock AMW Environmental Services | Unknown | 0.00 | | 0.00 | FA |
| | AMW Environmental is in a chapter 7. It may be a surplus case but amount is not known. | | | | | |
| 14. | Potential malpractice claim against Schoen Mangan | Unknown | 0.00 | | 0.00 | FA |
| 15. | Potential claim for damages against Berenz | Unknown | 0.00 | | 0.00 | FA |
| 16. | Potential claim for damages against Wiley Steward | Unknown | 0.00 | | 0.00 | FA |
| 17. | 2011 Jeep Wrangler | 22,000.00 | 0.00 | | 0.00 | FA |
| 18. | Loan to insider corporation AMW Environmental (u) | Unknown | 200,000.00 | | 29,866.58 | FA |
| 19. | Stock of AMWS Environmental Services | Unknown | 0.00 | | 0.00 | FA |
| 20. | Time Share in Carribbean Village Playacar | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $665,825.00      $200,000.00      $29,866.58      $0.00

(Total Dollar Amount in Column 6)

**FORM 5**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit 8

| | | | | |
|---|---|---|---|---|
| Case No: | 12-41015 | JSB   Judge: JANET S. BAER | Trustee Name: | GINA B. KROL |
| Case Name: | SULIK, ADAM | | Date Filed (f) or Converted (c): | 10/16/12 (f) |
| | | | 341(a) Meeting Date: | 11/15/12 |
| | | | Claims Bar Date: | 01/08/16 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR sent to UST for review

September 07, 2017, 04:48 pm

Awaiting distribution from chapter 7 corporate estate June 28, 2017, 01:43 pm

Litigation settled; asset consists of claim against a related corporate chapter 7 case; Brenda Helms is the Trustee;

awaiting distribution; claim review; TFR to follow October 12, 2016, 02:38 pm

Trustee moved to reopen the case to administer an undisclosed loan that the debtor was owed by AMW Environmental which

is a related entity in its own Chapter 7 proceeding.

October 07, 2015, 04:12 pm

Initial Projected Date of Final Report (TFR): 12/31/16          Current Projected Date of Final Report (TFR): 12/31/17

          /s/      GINA B. KROL

_____ Date: 12/28/17

          GINA B. KROL

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | |
|---|---|
| Case No: | 12-41015  -JSB |
| Case Name: | SULIK, ADAM |
| Taxpayer ID No: | *******3844 |
| For Period Ending: | 12/28/17 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8069  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/19/17 | 18 | Brenda Porter Helms<br>3400 W. Lawrence Ave.<br>Chicago, IL 60625 | | 1129-000 | 29,866.58 | | 29,866.58 |
| 08/07/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.62 | 29,847.96 |
| 09/08/17 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 44.37 | 29,803.59 |
| 10/23/17 | 030001 | Gina B. Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Trustee's Fees | 2100-000 | | 3,736.66 | 26,066.93 |
| 10/23/17 | 030002 | Clerk of US Bankruptcy Court<br>219 S. Dearborn Street<br>7th Floor<br>Chicago, IL 60604 | Final Distribution<br>Filing Fee | 2700-000 | | 260.00 | 25,806.93 |
| 10/23/17 | 030003 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorney's Fees | 3110-000 | | 13,979.00 | 11,827.93 |
| 10/23/17 | 030004 | Gina B. Krol<br>105 W. Madison St.<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorney's Fees | 3110-000 | | 6,989.50 | 4,838.43 |
| 10/23/17 | 030005 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Final Distribution<br>Attorney's Expenses | 3120-000 | | 97.61 | 4,740.82 |
| 10/23/17 | 030006 | Bank of America<br>Attn: Vetiero Simmons<br>NC1-001-07-06<br>101 N Tryon St | Final Distribution | 7100-900 | | 178.76 | 4,562.06 |

| | | |
|---|---|---|
| Page Subtotals | 29,866.58 | 25,304.52 |

Ver: 20.00g

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 12-41015  -JSB |
| Case Name: | SULIK, ADAM |

| | |
|---|---|
| Taxpayer ID No: | *******3844 |
| For Period Ending: | 12/28/17 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8069  Checking Account (Non-Interest Earn |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/23/17 | 030007 | Charlotte, NC 28255<br>RES Environmental Services, Inc.<br>Gregory E Kulis & Associates, Ltd.<br>30 N Lasalle St<br>Suite 2140<br>Chicago, IL 60602 | Final Distribution | 7100-900 | | 2,281.03 | 2,281.03 |
| 10/23/17 | 030008 | RES Quality Services, Inc.<br>Gregory E Kulis & Associates, Ltd.<br>30 N Lasalle St<br>Suite 2140<br>Chicago, IL 60603 | Final Distribution | 7100-900 | | 2,281.03 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 29,866.58 | 29,866.58 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 29,866.58 | 29,866.58 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 29,866.58 | 29,866.58 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******8069 | 29,866.58 | 29,866.58 | 0.00 |
| | ------------------------ | ------------------------ | ------------------------ |
| | 29,866.58 | 29,866.58 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals          0.00          4,562.06

Ver: 20.00g